IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ANNA K. GLIDDON                                                                                    PLAINTIFF

V.                                             CIVIL ACTION NO: 3:19-CV-289-SA-JMV

FREEDOM HEALTH CARE LLC,
ADDICTION CAMPUSES OF MISSISSIPPI, LLC TURNING
POINT, CLAYCON, LLC, and
STACY DODD, in His Individual Capacity,                              DEFENDANTS

AGREED ORDER OF PARTY DISMISSAL

Based upon the representation of Defendants, and upon agreement of the parties, it is hereby ORDERED that Defendants Freedom Health Care, LLC and Claycon, LLC are hereby dismissed from this action without prejudice. Addiction Campuses of Mississippi, LLC d/b/a Turning Point shall be renamed as the proper party Defendant, and Stacy Dodd, in His Individual Capacity, shall remain as a proper party Defendant.

SO ORDERED, this the 23th day of June, 2020.

                                                                                /s/ Sharion Aycock
                                                                                UNITED STATES DISTRICT COURT

AGREED TO:

*/s/ Ron L. Woodruff*
RON L. WOODRUFF, ESQ.,
Attorney for Plaintiff

*/s/ Andrew S. Naylor*
ANDREW S. NAYLOR, ESQ.,
Attorney for Defendant